UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JAMES CAMPBELL,

                         Plaintiff,

             -against-

CITY OF NEW YORK, *et al.,*

                        Defendants.

-----------------------------------------------------------------X

**19-CV-3661**

**ORDER CONVERTING INITIAL CASE MANAGEMENT CONFERENCE TO TELEPHONE CONFERENCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/10/2020

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Initial Case Management Conference in this matter scheduled for **Tuesday, March 10, 2020 at 11:45 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234.

      **SO ORDERED.**

DATED:    New York, New York
               March 10, 2020

                                                   */s/ Katharine H. Parker*
                                                   _____
                                                   KATHARINE H. PARKER
                                                   United States Magistrate Judge