**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

JAMES CAMPBELL,

                                  Plaintiff,                               **19-CV-3661 (ALC) (KHP)**

            -against-                                               **ORDER**

CITY OF NEW YORK, *et al.,*

                                  Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A status telephone conference will be held on **April 10, 2020 at 10:30 a.m.** Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234. The parties are directed to file a letter by no later than **April 8, 2020 at 5:00 p.m.** advising the Court of any issues the parties wish to raise during the conference.

      A settlement conference is scheduled for **May 5, 2020 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **April 28, 2020 by 5:00 p.m.** Plaintiff's counsel shall prepare a proposed order directing the Warden at the facility where Plaintiff is residing to make Plaintiff available by phone for the conference.

**SO ORDERED.**

DATED:　　New York, New York
　　　　　　March 10, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge