**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

JAMES CAMPBELL,

                               Plaintiff,

               -against-

CITY OF NEW YORK, *et al.,*

                              Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/30/2020

**19-CV-3661 (ALC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

     For the status telephone conference scheduled for April 10, 2020 at 10:30 a.m., the

parties should dial (866) 434-5269 and use the code: 4858267.

     **SO ORDERED.**

DATED:     New York, New York
              March 30, 2020

                                    _____
                                    KATHARINE H. PARKER
                                    United States Magistrate Judge